BURNS & COMPANY v. BANGS, BARD & COMPANY.

LUMPKIN, P. J.  1. It was not, on the trial of an action upon an open account embracing charges for merchandise and for "cash," proper to allow the plaintiffs to introduce evidence tending to show that the cash items did not really represent money furnished to the defendants, but the amounts of two promissory notes which had been given by the latter for merchandise other than that set forth in the bill of particulars attached to the plaintiff's petition.

2. The verdict was not supported by the evidence, and a new trial ought to have been granted.

> *Judgment reversed.    All the Justices concurring.*

Submitted October 11,— Decided November 7, 1899.

Complaint.   Before A. C. Pate, judge pro hac vice.   Laurens superior court.   January 26, 1899.

*V. B. Robinson* and *J. B. Sanders,* for plaintiffs in error.
*Ira S. Chappell,* contra.

---

ARNOLD v. TURK *et al.*

COBB, J.  1. The only special ground in the motion for a new trial alleging that a given charge was erroneous because there was no evidence upon which to base the same, and the record disclosing that there was such evidence, this ground is without merit.

2. There was sufficient evidence to warrant the verdict complained of, and the court was right in refusing to grant a new trial.

*Judgment affirmed.    All concurring, except Lumpkin, P. J., disqualified.*

Submitted October 12, — Decided November 7, 1899.

Money rule.   Before Judge Hart.   Jasper superior court. March term, 1899.

*A. S. Thurman* and *J. D. Kilpatrick,* for plaintiff.
*W. B. Wingfield, F. Jordan & Son,* and *Greene F. Johnson,* contra.